NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT SCOTT,                         )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D18-4115
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle
Sisco, Judge.


PER CURIAM.

            Affirmed.


LUCAS, BADALAMENTI, and ATKINSON,JJ., Concur.